# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142347-8

PETOSKEY INVESTMENT GROUP, L.L.C.,
BEAR CREEK PARTNERS, L.L.C., BEAR
CREEK PARTNERS I, L.L.C., BEAR CREEK
PARTNERS II, L.L.C., BEAR CREEK
OARTNERS HOLDINGS I., L.L.C., and
BEAR CREEK PARTNERS HOLDINGS II,
L.L.C.,
        Plaintiffs-Appellants,

v

BEAR CREEK TOWNSHIP and
SPRINGVALE-BEAR CREEK SEWAGE
DISPOSAL AUTHORITY,
        Defendants-Appellees.

SC: 142347-8
COA: 292811, 294122
Emmet CC: 07-009792-CH

_____/

On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

t0620